United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 16-10799-JS
Cuong Nguyen                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1         User: cadams              Page 1 of 2              Date Rcvd: Jan 26, 2016
                             Form ID: 309I             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2016.
```
db          +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599
tr          +Nancy Spencer Grigsby,    4201 Mitchellville Road,    Suite 401,    Bowie, MD 20716-3164
29545221    +Aldridge Pite, LLC,    4375 Jutland DR, Ste 200,    San Diego, CA 92117-3600
29545223    +BWW Law Group, LLC,    6003 Executive Blvd #101,    Rockville, MD 20852-3813
29545237    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
29545226    +Harford County,    220 South Main Street,    Bel Air, MD 21014-3820
29545235    +Harford County, Maryland,    Department of Law,    220 South Main Street,
              Bel Air, MD 21014-3820
29545228    +Infiniti Financial Services,    Po Box 660360,    Dallas, TX 75266-0360
29545229   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
              Lewisville, TX 75067)
29545231    +Sonila Isak, Esq.,    808 Baltimore Pike,    Bel Air, MD 21014-4398
29545236    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
29545232    +TC Harford Company,    c/o Brian Blitz, Esquire,    8726 Town & Country BLVD, Ste 205,
              Ellicott City, MD 21043-3002
29545234   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
              Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: sonila@isaklaw.com Jan 26 2016 19:43:52      Sonila Isak,    The Isak Law Firm,
              808 Baltimore Pike, Suite A,    Bel Air, MD   21014
29545222    +EDI: BANKAMER.COM Jan 26 2016 19:43:00      Bank of America,
              Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
29545224     EDI: CITICORP.COM Jan 26 2016 19:43:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
              PO Box 20363,    Kansas City, MO 64195
29545225     EDI: DISCOVER.COM Jan 26 2016 19:43:00      Discover Bank,    PO Box 3025,
              New Albany, OH   43054-3025
29545227    +EDI: IIC9.COM Jan 26 2016 19:43:00      IC System,    Attn: Bankruptcy,
              444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
29545233    +EDI: WFFC.COM Jan 26 2016 19:43:00      Wells Fargo Bank Nv Na,
              Attn: Deposits Bankruptcy MAC# P6103-05K,    PO Box 3908,    Portland, OR 97208-3908
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29545230     ##+Oac,   Po Box 371100,    Milwaukee, WI 53237-2200
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0416-1           User: cadams              Page 2 of 2               Date Rcvd: Jan 26, 2016
                               Form ID: 309I             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2016 at the address(es) listed below:
          Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
          Sonila  Isak    sonila@isaklaw.com
                                                TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Cuong Nguyen** | Social Security number or ITIN | **xxx–xx–9484** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | Date case filed for chapter 13 | **1/25/16** |
| Case number: | **16–10799 JS**   Chapter: **13** | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                     12/15

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cuong Nguyen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2627 E Rhododendron Dr. Abingdon, MD 21009 | |
| 4. | **Debtor's attorney** Name and address | Sonila Isak The Isak Law Firm 808 Baltimore Pike, Suite A Bel Air, MD 21014 | Contact phone 443–854–6666 Email: sonila@isaklaw.com |
| 5. | **Bankruptcy trustee** Name and address | Nancy Spencer Grigsby 4201 Mitchellville Road Suite 401 Bowie, MD 20716 | Contact phone (301) 805–4700 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore Division 101 West Lombard Street, Ste. 8530 Baltimore, MD 21201  Clerk of the Bankruptcy Court: Mark A. Neal | Visit http://www.mdb.uscourts.gov for court hours Contact phone (410) 962–2688 Date: 1/26/16 |

**For more information, see page 2 >**

Official Form 309I                    Notice of Chapter 13 Bankruptcy Case                    page 1

Debtor **Cuong Nguyen**            Case number **16–10799**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 10, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/9/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/8/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/25/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to plan:**<br>Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 7 days before the date set for hearing on confirmation of the plan. | |
| | **Deadline to file certain pleadings:**<br>Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by 3/10/16 | |
| **9. Filing of plan** | **The debtor has filed a plan.** If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held:<br>Date: **4/13/16**   Time: **10:00 AM** Location: **101 W. Lombard Street, Courtroom 9–C, Baltimore, MD 21201** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| **14. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticing or DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. | |

Official Form 309I        **Notice of Chapter 13 Bankruptcy Case**        page 2