United States Bankruptcy Court
District of Maryland

In re:  
Cuong Nguyen  
    Debtor

Case No. 16-10799-JS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-1      User: cadams      Page 1 of 1      Date Rcvd: Jan 26, 2016  
                      Form ID: pdfall      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2016.
```
db             +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599
29545221       +Aldridge Pite, LLC,    4375 Jutland DR, Ste 200,    San Diego, CA 92117-3600
29545223       +BWW Law Group, LLC,    6003 Executive Blvd #101,    Rockville, MD 20852-3813
29545222       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
29545224      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
29545237       +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                 Baltimore, MD 21201-2305
29545226       +Harford County,    220 South Main Street,    Bel Air, MD 21014-3820
29545235       +Harford County, Maryland,    Department of Law,    220 South Main Street,
                 Bel Air, MD 21014-3820
29545228       +Infiniti Financial Services,    Po Box 660360,    Dallas, TX 75266-0360
29545229      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
29545231       +Sonila Isak, Esq.,    808 Baltimore Pike,    Bel Air, MD 21014-4398
29545236       +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                 Baltimore, MD 21201-2225
29545232       +TC Harford Company,    c/o Brian Blitz, Esquire,    8726 Town & Country BLVD, Ste 205,
                 Ellicott City, MD 21043-3002
29545234      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
29545233       +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    PO Box 3908,
                 Portland, OR 97208-3908
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
29545225        E-mail/Text: mrdiscen@discover.com Jan 26 2016 19:44:01      Discover Bank,    PO Box 3025,
                 New Albany, OH  43054-3025
29545227       +E-mail/Text: bankruptcy@icsystem.com Jan 26 2016 19:44:50      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29545230      ##+Oac,    Po Box 371100,    Milwaukee, WI 53237-2200
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2016 at the address(es) listed below:
```
              Sonila   Isak    sonila@isaklaw.com
                                                                                               TOTAL: 1
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>At Baltimore</u>

IN RE:                         *

**Cuong Nguyen,**              *       **Case Number:**
                                       **Chapter 13**
                               *

Debtor                         *

## CHAPTER 13 PLAN

__ X _  Original Plan      _ __  Amended Plan      ___ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):

   a. **$830.00 per month for months 1-10**, then
   b. **$1439.00 per month for months 11-60**
   c. For a term of ____60_ months.

   d. The Debtor(s) shall provide the Trustee with copies of State & Federal tax returns for the years designated below within 15 days of filing the returns (and shall timely file the returns on or before April 15 of each year due). No later than June 1st of each year, the Debtor(s) shall pay into the plan the amount of refunds exceeding $ (the amount already pro-rated on Schedule I, if any) for each of the designated years. The tax refund payments will be in addition to, not a credit against, the monthly payments required to be paid under the plan. The Debtor(s) shall not make any change to the amount of annual tax withholdings under the W-4 statement(s) existing as of the date of the petition without 30 days prior notice to the Trustee.

   This commitment covers tax years**: 2015, 2016, 2017, 2018, and 2019.**

2. From the payments received, the Trustee will make the disbursements in the order described below:
   a. Allowed unsecured claims for domestic support obligations and trustee commissions.

   b. Administrative claims under 11 U.S.C. 507(a)(2), including attorney's fee balance of **$4,500___** (unless allowed for a different amount by an order of the Court). The balance of the attorney's fee is to be paid under the Local Rules of Bankruptcy Procedure for the District of Maryland, Appendix F.

   c. Claims payable under 11 U.S.C.  1326(b)(3).  Specify the monthly payment:
         $ _____.

   d. Other priority claims defined by 11 U.S.C. § 507(a)(3)-(10).  The Debtor anticipates the following priority claims:

**Local Bankruptcy Form M** (Ver 09.11)

e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

   i. Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii and 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
|  |  |  |

   ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| **Wells Fargo exxx8609** | **$65,173.98** |  |  |

   iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos.: |
|---|---|---|---|---|
| **Harford County Real Estate Tax** | **$3090.44** | **18%** | **$245** | **20** |

   iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

   v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

   **Bank of America xxxx2256- 13218 Vineyard Falls Dr., Houston, TX 77083**
   **Bank of America xxxx3190 – 13218 Vineyard Falls Dr., Houston, TX 77083**
   **Nationstar Mortgage xxx6552- 610 South Buchanon DR, Amarillo, TX 79102**
   **Infinity Financial Services xxxx0001- 2011 Infinity G37**
   **Wells Fargo-Second Mortgage -2627 E Rhododendron Dr., Abingdon, MD 21009**

   vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

**Local Bankruptcy Form M – Page 3** (Ver 09.11)

      vii.    In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

    f.    After payment of priority and secured claims, all allowed general, unsecured claims will be paid in full, 100%.

3.     The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.): **None**

4.     Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post-petition charges, the loan shall be deemed current as of the filing of this case.

5.     Secured Creditors holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6.     The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated: **None**

7.     Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328, or upon dismissal of the case, or upon closing of the case.

    Non-standard Provisions: **None**

1/22/2016

                                                                                       /s/ Cuong Nguyen

_____                                     _____

Date                                                                                     Debtor

/s/ Sonila Isak, Esq.

_____

Attorney for Debtor
The Isak Law Firm
808 Baltimore Pike
Bel Air, MD 21014
Tel: 443-854-6666
Fax: 443-203-4517

      **Local Bankruptcy Form M – Page 2** (Ver 09.11)