**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

IN RE:                                                                   Case No. 16-10799-JFS

CUONG NGUYEN
    Debtor                                                          Chapter 13

_____

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Daniel O. Callaghan, and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Bank of America, N.A., ("Creditor"), in the above-captioned case related to the property located at 13218 Vineyard Falls Drive, Houston, TX 77083 and the loan number ending in 2256 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

        Daniel O. Callaghan
        BWW Law Group, LLC
        6003 Executive Blvd. Suite 101
        Rockville, MD 20852
        (301) 961-6555
        bankruptcy@bww-law.com

Dated: February 05, 2016        Respectfully Submitted,
                                            BWW Law Group, LLC

                                           */s/ Daniel O. Callaghan*
                                          Daniel O. Callaghan, MD Fed. Bar No. 13901
                                          BWW Law Group, LLC
                                          6003 Executive Blvd. Suite 101
                                          Rockville, MD 20852
                                          (301) 961-6555
                                          (301) 961-6545 (facsimile)
                                          bankruptcy@bww-law.com
                                          *Attorney for Creditor*

                                                                                   BWW#: 199140

## CERTIFICATE OF SERVICE

      I certify that on this 5th day of February, 2016, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716

Sonila Isak Attorney at Law
808 Baltimore Pike
Suite A
Bel Air, MD   21014

Cuong Nguyen
13218 Vineyard Falls Drive
Houston, TX   77083

Cuong Nguyen
2627 E Rhododendron Drive
Abingdon, MD   21009

                                                                                    /s/ Daniel O. Callaghan
                                                                                      Daniel O. Callaghan