Notice of Returned Mail to Debtor/Debtor's Attorney

December 30, 2015

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re:   In re: Cuong Nguyen, Case Number 16-10799, JS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Baltimore**
**Baltimore Division**
**101 West Lombard Street, Ste. 8530**
**Baltimore, MD 21201**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Undeliverable Address:
Oac
Po Box 371100
Milwaukee, WI 53237

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:   PO Box 500 Baraboo, WI 53913

___/s/ Sonila Isak_____          ____2/28/2016_____

Signature of Debtor or Debtor's Attorney                    Date


The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.


**CERTIFICATE OF SERVICE**

Sonila Isak, hereby certifies that on the 28th day of February 2016, a copy of the 341 creditor meeting notice was mailed via first class mail, postage pre-paid to the following creditor(s) in compliance with the local rules.

OAC
PO Box 500
Baraboo, WI 53913

/s/ Sonila Isak
Sonila Isak