Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Cuong Nguyen |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: District of Maryland (Baltimore) | |
| Case number | 16-10799 |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1

**Last 4 digits** of any number you use to identify the debtor's account: 8609

**Court claim no.** (if known):

**Date of payment change:** 03/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $3,233.41
Principal, interest, and escrow, if any

**Uniform Claim Identifier:** WFCMGE1610799MDM94848609

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $481.67        New escrow payment: $483.09

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate:                       New interest rate:
Current principal and interest payment:      New principal and interest payment:

---

Official Form 410S1        Notice of Mortgage Payment Change        page 1

866944-3eb9168e-0ce3-40af-8967-4e75a837bee7-

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Judith L. Trigg                    Date  02/03/2016
  VP Loan Documentation

Print: Judith L. Trigg                   Title  VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage     Specific Contact Information:
Address   MAC X7801-014                                         P: 800-274-7025
          3476 Stateview Blvd.                                  E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

# UNITED STATES BANKRUPTCY COURT

District of Maryland (Baltimore)

Chapter 13 No. 16-10799
Judge: James F. Schneider

In re:

Cuong Nguyen

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on February 03, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

Debtor's Attorney: Sonila Isak
The Isak Law Firm
808 Baltimore Pike, Suite A
Bel Air, MD 21014

Trustee: Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

/s/ Bill Taylor

Authorized Agent

866944-fe9cdb0f-dd3b-4324-afcd-dce7da285890-



Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

Page 1 of 3

### For informational purposes
### Escrow account disclosure statement and notice of new mortgage payment

| | |
|---|---|
| Loan number: | ▇▇▇ |
| Next payment due date: | July 01, 2014 |
| New payment effective date: | February 01, 2016 |
| New payment amount: | $3,233.41 |
| Principal balance: | $484,898.40 |
| Interest rate: | 5.875% |
| Statement date: | January 28, 2016 |
| Account review period: | Aug 2015 - Jan 2016 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri  7 a.m. - 8 p.m CT. |

We accept telecommunications relay service calls.

Property address:
   2627 E  RHODENDRON DR
   ABINGDON MD 21009-1599

CUONG V NGUYEN
2627 E RHODODENDRON DR
ABINGDON MD 21009

Dear CUONG V NGUYEN:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date<br>February 01, 2016[1] | Current<br>payment ($) | New<br>payment ($) |
|---|---|---|
| Principal and/or interest | 2,373.98 | 2,750.32 |
| Escrow payment | 616.72 | 483.09 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| **Total payment amount** | **2,990.70** | **3,233.41** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your February 01, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added.  If your current  payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

Your account is in balance. Our calculation has resulted in no projected shortage or overage in your escrow account.

**A guide to your escrow questions and answers is available at:  wellsfargo.com/escrowquestions**

*** This section intentionally left blank ***

For informational purposes          Loan number: 

The following information covers your projected escrow account activity from Feb 2016 to Jan 2017

### Projected escrow account disbursements
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| COUNTY TAX | 5,657.01 |
| TAXES | 140.00 |
| Total disbursements | 5,797.01 |
| **Scheduled escrow payment** | 483.09[1] |

1. Your escrow payment is calculated by dividing the total disbursements by 12.

### Projected escrow account activity for the next 12 months

| Date | Anticipated payments ($) | | Description | Escrow balance ($) | |
| | To escrow | From escrow | | Projected | Required |
|---|---|---|---|---|---|
| Feb 2016 | | | Starting balance | -5,434.48 | 1,449.20 |
| Feb 2016 | 483.09 | 0.00 | | -4,951.39 | 1,932.29 |
| Mar 2016 | 483.09 | 0.00 | | -4,468.30 | 2,415.38 |
| Apr 2016 | 483.09 | 0.00 | | -3,985.21 | 2,898.47 |
| May 2016 | 483.09 | 0.00 | | -3,502.12 | 3,381.56 |
| Jun 2016 | 483.09 | 0.00 | | -3,019.03 | 3,864.65 |
| Jul 2016 | 483.09 | 2,815.68 | HARFORD COUNTY-2 | -5,351.62 | 1,532.06 |
| Aug 2016 | 483.09 | 0.00 | | -4,868.53 | 2,015.15 |
| Sep 2016 | 483.09 | 140.00 | HARFORD COUSER BENEFIT | -4,525.44 | 2,358.24 |
| Oct 2016 | 483.09 | 0.00 | | -4,042.35 | 2,841.33 |
| Nov 2016 | 483.09 | 0.00 | | -3,559.26 | 3,324.42 |
| Dec 2016 | 483.09 | 2,841.33 | HARFORD COUNTY-2 | -5,917.50[2] | 966.18[3] |
| Jan 2017 | 483.09 | 0.00 | | -5,434.41 | 1,449.27 |
| **Total** | **5,797.08** | **5,797.01** | | | |

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the annual period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$966.18**
- State law requires that this minimum escrow balance not exceed **$966.18**
- <u>Note</u>: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

### Information about your escrow account

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 5,917.50- |
| **Plus escrow adjustment**[4] **($)** | 6,883.68 |
| Less your required minimum escrow account balance ($) | 966.18 |
| **This means your escrow account is in balance** | 0.00 |

4. An Escrow Adjustment of $6,883.68, scheduled to be repaid through the bankruptcy, is included in this calculation.

For informational purposes          Loan number: 

### The following information covers your escrow account history activity from Aug 2015 to Jan 2016

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Aug 2015 | | | | | Starting balance | 1,519.31 | 16,220.35- |
| Aug 2015 | 481.67 | 481.67 | 0.00 | 0.00 | | 2,000.98 | 15,738.68- |
| Sep 2015 | 481.67 | 481.67 | 140.00 | 140.00 | HARFORD COUSER BENEFIT | 2,342.65 | 15,397.01- |
| Oct 2015 | 481.67 | 0.00[1] | 0.00 | 0.00 | | 2,824.32 | 15,397.01- |
| Nov 2015 | 481.67 | 481.67 | 0.00 | 0.00 | | 3,305.99 | 14,915.34- |
| Dec 2015 | 481.67 | 0.00[1] | 2,824.32 | 2,841.33[1] | HARFORD COUNTY-2 | 963.34 | 17,756.67- |
| Jan 2016 est. | 481.67 | 12,322.19[1] | 0.00 | 0.00 | | 1,445.01 | 5,434.48- |
| Totals | 2,890.02 | 13,767.20 | 2,964.32 | 2,981.33 | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**