# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# (BALTIMORE)

| | |
|---|---|
| **In re:** | **Case No.: 16-10799** |
| **Cuong Nguyen** | **Chapter 13** |
| | **Judge: James F. Schneider** |
| **Debtor(s).** | |

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
## (DOC. 12)

Now comes Wells Fargo Bank, NA. ("Creditor"), by and through its claims agent, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on February 3, 2016. The Notice of Mortgage Payment Change was submitted in error.

Respectfully submitted,

/s/ Tara Evans
Tara Evans
VP Loan Documentation
Wells Fargo Home Mortgage
1100 Corporate Center Dr.
Raleigh, NC 27607
NoticeOfPaymentChangeInquiries@wellsfargo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(BALTIMORE)

| | |
|---|---|
| In re: | Case No.: 16-10799 |
| **Cuong Nguyen** | Chapter 13 |
| | Judge: James F. Schneider |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing Withdrawal of Notice of Mortgage Payment Change was served on the Debtor, Co-Debtor, counsel for the Debtor, the trustee, and other parties in interest at the addresses set forth below via e-mail notification on March 22, 2016. This includes all known lien holders and interested parties who have an interest in the real property as listed in the petition and to the best of our knowledge.

The below listed parties were served via regular U.S. Mail, postage prepaid on March 22, 2016:

*Debtor(s)*
**Cuong Nguyen**
2627 E Rhododendron Dr.
Abingdon, MD 21009

*Debtor's Attorney*
**Sonila Isak**
**The Isak Law Firm**
808 Baltimore Pike, Suite A
Bel Air, MD 21014

*Chapter 13 Trustee*
**Nancy Spencer Grigsby**
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

*Creditor*
**Wells Fargo Bank, NA**
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

/s/ Bill Taylor
Bill Taylor - Member of 4 S Technologies, LLC,
Authorized Agent for Wells Fargo Bank, NA.,
Through Walz Group as mailing agent