| | | | |
|---|---|---|---|
| Case Number: | 16-10799-JS | Debtor(s): | GEON NGUYEN |
| Petition Filing Date: | 1/25/2016 | | |
| Plan Filing Date: | 1/25/2016 | Counsel: | SONILA ISAK |
| First Payment: | 2/24/2016 | Phone #: | 4438546666 |
| Confirmation Date and Time: | 4/13/2016 10:00 AM | E-Mail: | |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Mar 10 2016 9:00AM | First Meeting Complete? | Completed |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☑ Yes | ☐ CH7 Year Filed _____ | ☑ CH13 Year Filed '15 x 2 both d/m |
| Present Creditors: | | | |

| | |
|---|---|
| Performance: | mtge, car and pp pd |
| Income/DI: | D ver higher net; Need W's income<br>Brother & Cousin pay mtge directly |
| Tax/Refund History: | Need 2015 Fed/St TR and refunds as soon as possible (in plan for turnover) |
| Expense Verification: | Auto $609 pd off 10 mos; need step up<br>Res 10 yr arm, now $3233/mo - need proof |
| Chapter 7 Liquidation: | Total non exempt equity $104,869<br>Need Deeds for 1610 S Buchanan Dr and 13218 Vineyard Falls Dr<br>BOA bk acct has $12,560 cash - non-exempt equity; need to turnover non-exempt equity or pay int to creditors |
| Amended Plan: | Underfunded to pay 100%; Need all DI - step up for car paid off<br>Turnover lump sum cash or add int |
| Amended Schedules: | _____ |
| Motion/Objections: | _____ |
| Other: | |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee
Reviewed Date: 3/22/16