United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 16-10799-JS
Cuong Nguyen                                                    Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: cadams         Page 1 of 1           Date Rcvd: Apr 13, 2016
                           Form ID: pdfparty     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2016.
db             +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2016 at the address(es) listed below:
            Daniel O. Callaghan    bankruptcy@bww-law.com
            Kimberly Brooke Lane    klane@siwpc.com,   ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
            razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com
            Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
            Sonila  Isak    sonila@isaklaw.com
                                                                                 TOTAL: 4



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   16–10799 – JS     Chapter:   13

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

Having held a hearing on the Chapter 13 Plan proposed by the Debtor(s) and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor(s) is denied; and it is further

ORDERED, that the Debtor(s) is/are granted leave to file an amended Plan on or before **June 13, 2016**; and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **July 13, 2016**, at **10:00 a.m.**, in the U.S. Bankruptcy Court, Courtroom **9–C**,

U.S. Courthouse
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

; and it is further

ORDERED, that if within the time granted for amendment the Debtor(s) fail(s) to file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court on account of Debtor(s)' failure to prosecute the case properly, without further notice or hearing.

cc:   Debtor(s)
      Attorney for Debtor(s) – Sonila Isak
      Chapter 13 Trustee – Nancy Spencer Grigsby

**\*\*\* DEBTOR(S)/COUNSEL SHALL MAIL (1) A COPY OF THIS NOTICE AND (2) THEIR AMENDED PLAN TO ALL CREDITORS AND PARTIES REQUESTING NOTICE AND SHALL PROVIDE THE COURT WITH A CERTIFICATE OF SERVICE BY THE DATE SET FOR FILING THE AMENDED PLAN. \*\*\***

**End of Order**

**8.2a –** *akomisarek*