# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

In re:

**CUONG NGUYEN,**                                    **CHAPTER 13**

**DEBTOR.**                                          **CASE NO. 16-10799-JFS**

## NOTICE OF POST-PETITION FEES

**NOTICE**

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Comes now, Bank of America, N.A., by counsel, and files the attached Notice of Post-Petition Fees.

Respectfully submitted,

Bank of America, N.A.

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Kimberly B. Lane, Esquire, Bar No. 18513
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Deena Reynolds, Esquire, Bar No. 11414
Douglas S. Rubin, Esquire, Bar No. 18644
Samuel I. White, P. C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 27th day of April, 2016 on all necessary parties including: Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road, Suite 401, Bowie, MD 20716; Sonila Isak, Counsel for Debtor, 808 Baltimore Pike, Suite A, Bel Air, MD 21014; and Cuong Nguyen, Debtor, 2627 E Rhododendron Dr., Abingdon, MD 21009.

**/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P.C.

File No. 34610

**Fill in this information to identify the case:**

Debtor 1: **CUONG NGUYEN**

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the:   ALL   District of: **MARYLAND**

Case number: **16-10799**

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of Creditor: **BANK OF AMERICA, N.A.**

Court Claim No. (If known):

Last four digits of any number you use to identify the debtor's account: **3190**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes   Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |
| REVIEW OF PLAN | 2/5/2016 | $300.00 |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    Page 1

Debtor 1: CUONG NGUYEN
    First Name  Middle Name  Last Name

Case number *(if known)*: 16-10799

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

[X] I am the creditor.

[ ] I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ signature_
Signature

Date: 4/26/16

Print: Maria Campo
   First Name  Middle Name  Last Name

Title: AVP; Bankruptcy Specialist II

Company: Bank of America

Address: 1800 Tapo Canyon Rd.
    Number  Street

Simi Valley  CA  93063
City    State  ZIP Code

Contact Phone: (213) 345-5692

Email: maria.campo@bankofamerica.com