# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| In Re: | Case No. 16-10799 |
| CUONG NGUYEN, | Chapter 13 |
| Debtor(s). | |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Nationstar Mortgage, LLC and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Nationstar Mortgage, LLC and not as counsel of record.  The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to LR 9010-3(a), but rather as a limited request pursuant to LR 9010-3(c).

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Alonzo Z. Casas
> ALDRIDGE PITE, LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 3, 2016                              ALDRIDGE PITE, LLP

                                                    /s/ Alonzo Z. Casas
                                                    Alonzo Z. Casas
                                                    ALDRIDGE PITE, LLP
                                                    San Diego, CA 92117-0933
                                                    Telephone: (858) 750 7600
                                                    Facsimile: (619) 590-1385ACasas@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| In re | Case No. 16-10799 |
| CUONG NGUYEN, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Veronika Kates, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On May 3, 2016, I served the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2016                               /s/Veronika Kates
                                                 VERONIKA KATES

## **SERVICE LIST**

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Cuong Nguyen
1581 Laurelwood Crossing Terrace
San Jose, CA 95138

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Sonila Isak
The Isak Law Firm
808 Baltimore Pike, Suite A
Bel Air, MD 21014
sonila@isaklaw.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy Spencer Grigsby
4201 Mitchellville Rd.
Suite 401
Bowie, MD 20716
grigsbyecf@ch13md.com