Aldridge Pite, LLC
4375 Jutland DR, Ste 200
San Diego, CA 92177


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


BWW Law Group, LLC
6003 Executive Blvd #101
Rockville, MD 20852


Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Discover Bank
PO Box 3025
New Albany, OH  43054-3025


Harford County
220 South Main Street
Bel Air, MD 21014


IC System
Attn: Bankruptcy
444 Highway 96 East; PO Box 64378
St. Paul, MN 55164


Infiniti Financial Services
Po Box 660360
Dallas, TX 75266


Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

```
Oac
Po Box 371100
Milwaukee, WI 53237


Sonila Isak, Esq.
808 Baltimore Pike
Bel Air, MD 21014


TC Harford Company
c/o Brian Blitz, Esquire
8726 Town & Country BLVD, Ste 205
Ellicott City, MD 21143


Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P6103-05K
PO Box 3908
Portland, OR 97208


Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:   **Cuong Nguyen**                                                          CASE NO.   **16-10799**

                                                                                                        CHAPTER   **13**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on 06/13/2016 a copy of the attached Amended Plan, with any attachments, was served electronically via CMECF on the Chapter 13 Trustee, on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Office of the US Trustee
101 W Lombard ST
Baltimore, MD 21201


Date:   **6/13/2016**                                                          /s/ Sonila Isak
                                                                                       **Sonila Isak**
                                                                                       Attorney for the Debtor(s)