

**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

CUONG NGUYEN

Debtor

Case No. 16-10799-JS
Chapter 13

### EMPLOYER'S PAYMENT ORDER

IT APPEARING that CUONG NGUYEN, SSN: XXX-XX-9484, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

IT FURTHER APPEARING that the debtor is employed by:

DFAS-DGG/CL & DFAS-HGA/CL
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH  44199-8002
Attn: Payroll Dept.

IT IS ORDERED, that the employer shall deduct the sum of $830.00 MONTHLY on or before the 24th day of each month, from the debtor's wages, salary or commission and pay the sum to:

NANCY SPENCER GRIGSBY, TRUSTEE
P O BOX 853
MEMPHIS, TN  38101-0853
(301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

       IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

cc:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
*Debtor*

SONILA ISAK
808 BALTIMORE PIKE
SUITE A
BEL AIR, MD  21014
*Attorney for Debtor*

DFAS-DGG/CL & DFAS-HGA/CL
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH  44199-8002
*Employer*

NANCY L. SPENCER GRIGSBY
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716
*Trustee*

**END OF ORDER**