United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 16-10799-JS
Cuong Nguyen                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1           User: cadams              Page 1 of 2              Date Rcvd: Jul 20, 2016
                               Form ID: pdfall           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db            +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599
cr            +Bank Of America, N.A.,    BWW Law Group, LLC,    6003 Executive Blvd.,    Suite 101,
               Rockville, MD 20852-3813
cr            +Bank of America, N.A.,    c/o BWW Law Group, LLC,    6003 Executive Blvd.,    Suite 101,
               Rockville, MD 20852-3813
cr            +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
29545221      +Aldridge Pite, LLC,    4375 Jutland DR, Ste 200,    San Diego, CA 92117-3600
29545223      +BWW Law Group, LLC,    6003 Executive Blvd #101,    Rockville, MD 20852-3813
29545222      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
               Simi Valley, CA 93062-5170
29710628       Bank of America, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
29545224     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195)
29545237      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
29612984       ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
29545226      +Harford County,    220 South Main Street,    Bel Air, MD 21014-3820
29545235      +Harford County, Maryland,    Department of Law,    220 South Main Street,
               Bel Air, MD 21014-3820
29548119       Infiniti Financial Services,    PO Box 660366 Dallas TX 75266-0366
29545228      +Infiniti Financial Services,    Po Box 660360,    Dallas, TX 75266-0360
29545229     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
               Lewisville, TX 75067)
29545230      +Oac,    PO Box 500,    Baraboo, WI 53913-0500
29545231      +Sonila Isak, Esq.,    808 Baltimore Pike,    Bel Air, MD 21014-4398
29545236      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2225
29545232      +TC Harford Company,    c/o Brian Blitz, Esquire,    8726 Town & Country BLVD, Ste 205,
               Ellicott City, MD 21043-3002
29705022      +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
               Dallas, TX 75261-9096
29658937      +U.S. Bank National Association, as Trustee,    C/O Wells Fargo Bank, N.A.,as servicer,
               Attn:Bankruptcy Dept./MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
29545234     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
               Frederick, MD 21701)
29671110       Wells Fargo Bank N.A. Home Equity Group,    1 Home Campus  X2303-01A,
               Des Moines, IA 50328-0001
29545233      +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    PO Box 3908,
               Portland, OR 97208-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
29545225       E-mail/Text: mrdiscen@discover.com Jul 20 2016 20:13:48     Discover Bank,    PO Box 3025,
               New Albany, OH  43054-3025
29551950       E-mail/Text: mrdiscen@discover.com Jul 20 2016 20:13:48     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
29545227      +E-mail/Text: bankruptcy@icsystem.com Jul 20 2016 20:14:47     IC System,    Attn: Bankruptcy,
               444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
29720805*       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0416-1          User: cadams               Page 2 of 2                  Date Rcvd: Jul 20, 2016
                              Form ID: pdfall            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              Daniel O. Callaghan    bankruptcy@bww-law.com
              Kimberly Brooke Lane    klane@siwpc.com, ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com
              Leah Christina Freedman    leah.freedman@bww-law.com, bankruptcy@bww-law.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Sonila Isak    sonila@isaklaw.com
                                                                                     TOTAL: 5
```

Entered: July 20th, 2016
Signed: July 19th, 2016
**SO ORDERED**



JAMES F. SCHNEIDER
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

CUONG NGUYEN

Debtor

Case No. 16-10799-JS
Chapter 13

## ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed June 13, 2016, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee a lump sum of $6,172.00 for months one through four (1-4); then $830.00 per month for six (6) months; then $1,439.00 per month for fifty (50) months on or before the 24th day of each month for a total period of sixty (60) months or until all allowed claims are paid in full with 4% time value interest; and it is further

**ORDERED**, that in addition to the regular monthly plan payments, the Debtor shall turnover to the Trustee for application under the plan all future tax refunds; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and

expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any person responsible with the Debtor for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**

The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee

cc:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
*Debtor*

SONILA ISAK
808 BALTIMORE PIKE
SUITE A
BEL AIR, MD  21014
*Attorney for Debtor*

NANCY L. SPENCER GRIGSBY
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**