UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**CUONG NGUYEN**                                   Case No. **16-10799-JS**
                                                   Chapter 13


           Debtor

## MOTION TO DISMISS AND
## NOTICE OF OPPORTUNITY FOR A HEARING

   Comes now, NANCY L. SPENCER GRIGSBY, Chapter 13 Trustee herein and states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor has not been made as proposed.

   The material default consists of $3,013.58, representing 3.63 plan payments.

   WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).


                                        Respectfully Submitted,

Date: November 03, 2016                 **/s/ NANCY L. SPENCER GRIGSBY**
                                        NANCY L. SPENCER GRIGSBY
                                        CHAPTER 13 TRUSTEE
                                        185 ADMIRAL COCHRANE DR.
                                        SUITE 240
                                        ANNAPOLIS, MD  21401
                                        NGRIGSBY@CH13MD.COM


## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR AND COUNSEL OF RECORD

   You are notified of the filing of the foregoing Motion by the Trustee stating that the Debtor is in material default with respect to the terms of the confirmed plan and requesting that the subject case be dismissed pursuant to 11 U.S.C. 1307 (c).

   You are further notified that unless a responsive pleading is filed with the Court stating facts which controvert, justify or explain the Trustee's allegations and a copy of said pleading is served upon the Trustee on or before **November 24, 2016** together with a request for a hearing thereon, this case will be dismissed on such date and the case will be closed.  You are further advised that you may move to convert this case to a case under Chapter 7.  If you desire to do so, such action must be filed with the clerk's office before **November 24, 2016**.  A $25.00 fee is required to the clerk's office for conversion to Chapter 7.

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Motion to Dismiss and Notice of Opportunity for a Hearing was served on **November 03, 2016** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
*Debtor*

SONILA ISAK
808 BALTIMORE PIKE
SUITE A
BEL AIR, MD  21014
*Attorney for Debtor*

                  **/s/ NANCY L. SPENCER GRIGSBY**
                  NANCY L. SPENCER GRIGSBY
                  CHAPTER 13 TRUSTEE

**RECEIPT HISTORY**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---|
| 02/23/2016 | 2798711000    - | EPAY - Standard Payment | $830.00 |
| 03/22/2016 | 2874001000    - | EPAY - Standard Payment | $830.00 |
| 04/21/2016 | 2949325000    - | EPAY - Standard Payment | $830.00 |
| 05/23/2016 | 3030261000    - | EPAY - Standard Payment | $830.00 |
| 06/13/2016 | 3083251000    - | EPAY - Standard Payment | $2,852.00 |
| 06/22/2016 | 3106278000    - | EPAY - Standard Payment | $860.00 |
| 07/21/2016 | 3180023000    - | EPAY - Standard Payment | $830.00 |
| 08/15/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |
| 08/16/2016 | 3083251000 - | EPAY - Standard Payment | $(2,852.00) |
| 08/16/2016 | 3083251000 - | EPAY - Tax Payment | $2,852.00 |
| 08/29/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |
| 09/12/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |
| 09/26/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |
| 10/07/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |
| 10/24/2016 | US TREASURY | EMPLOYER PAYROLL DEDUCTION CHECK | $383.07 |

**TOTAL RECEIPTS: $10,160.42**