UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**CUONG NGUYEN**

Case No. **16-10799-JS**
Chapter 13

Debtor

## LINE WITHDRAWING MOTION TO DISMISS

The Clerk of this Honorable Court will kindly withdraw the MOTION TO DISMISS filed on November 3, 2016 and appearing as Docket Entry 29.

November 28, 2016

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
NGRIGSBY@CH13MD.COM

## CERTIFICATE OF SERVICE

I hereby certify that the Line Withdrawing MOTION TO DISMISS was served on November 28 , 2016 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
Debtor

SONILA ISAK
808 BALTIMORE PIKE
SUITE A
BEL AIR, MD  21014
Attorney for Debtor

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee