```
                           United States Bankruptcy Court
                                District of Maryland
In re:                                                         Case No. 16-10799-JS
Cuong Nguyen                                                   Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0416-1          User: cadams              Page 1 of 1           Date Rcvd: Dec 05, 2016
                              Form ID: pdfparty         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
db            +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599
               DFAS-DGG/CL & DFAS-HGA/CL,    GARNISHMENT OPERATIONS,    PO BOX 998002,
                 CLEVELAND, OH 44199-8002,    Attn: Payroll Dept.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
              Daniel O. Callaghan    bankruptcy@bww-law.com
              Kimberly Brooke Lane    klane@siwpc.com,     ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com,SIWPC@ecf.courtdrive.com
              Leah Christina Freedman    leah.freedman@bww-law.com,    bankruptcy@bww-law.com
              Michael T Freeman    mfreeman@siwpc.com,    SIWPC@ecf.courtdrive.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Sonila Isak    sonila@isaklaw.com
                                                                                              TOTAL: 6



**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

CUONG NGUYEN

Debtor

Case No. 16-10799-JS
Chapter 13

### AMENDED EMPLOYER'S PAYMENT ORDER

IT APPEARING that CUONG NGUYEN, SSN: XXX-XX-9484, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

IT FURTHER APPEARING that the debtor is employed by:

DFAS-DGG/CL & DFAS-HGA/CL
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH  44199-8002
Attn: Payroll Dept.

IT IS ORDERED, that the employer shall deduct the sum of $1,439.00 MONTHLY on or before the 24th day of each month, from the debtor's wages, salary or commission and pay the sum to:

NANCY SPENCER GRIGSBY, TRUSTEE
P O BOX 853
MEMPHIS, TN  38101-0853
(301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

cc:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
*Debtor*

SONILA ISAK
808 BALTIMORE PIKE
SUITE A
BEL AIR, MD  21014
*Attorney for Debtor*

DFAS-DGG/CL & DFAS-HGA/CL
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH  44199-8002
*Employer*

NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

**END OF ORDER**