# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

In Re:

Cuong Nguyen,

          Debtor.

Case No. 16-10799

Chapter 13

Judge Michelle M. Harner

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

    You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

    You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

Nationstar Mortgage LLC
PO Box 619096,
Dallas, Texas 75261-9741

        Respectfully submitted,
        Bonial & Associates, P.C.

        /s/ Craig A. Edelman
        Craig A. Edelman
        14841 Dallas Parkway, Suite 425
        Dallas, Texas 75254
        (972) 643-6600
        (972) 643-6698 (Telecopier)
        E-mail: POCInquiries@BonialPC.com
        Authorized Agent for Nationstar Mortgage LLC
        d/b/a Mr. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 9, 2019 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

**Debtors' Attorney**
Sonila Isak
The Isak Law Firm
808 Baltimore Pike, Suite A
Bel Air, MD 21014

**Chapter 13 Trustee**
Nancy Spencer Grigsby
185 Admiral Cochrane Dr. Ste 240
Annapolis, Maryland 21401

/s/ Craig A. Edelman
Craig A. Edelman