UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                                                 CASE NO.: 16-10799
                                                                                          CHAPTER 13

Cuong Nguyen,

   Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097**

                                              RAS Crane, LLC
                                              Authorized Agent for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425
                                              By: /s/Paul Crockett
                                              Paul Crockett
                                              Email: pcrockett@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2019, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CUONG NGUYEN
2627 E RHODODENDRON DR.
ABINGDON, MD 21009

And via electronic mail to:

SONILA ISAK WINTZ
THE ISAK LAW FIRM
808 BALTIMORE PIKE, SUITE A
BEL AIR, MD 21014

NANCY SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
> By: /s/Paul Crockett
> Paul Crockett
> Email: pcrockett@rascrane.com