```
                          United States Bankruptcy Court
                               District of Maryland
In re:                                                         Case No. 16-10799-MMH
Cuong Nguyen                                                   Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: admin                 Page 1 of 1              Date Rcvd: Sep 30, 2019
                              Form ID: ntcapptr           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Cuong Nguyen,    2627 E Rhododendron Dr.,    Abingdon, MD 21009-1599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2019 at the address(es) listed below:
              Daniel O. Callaghan    bankruptcy@bww-law.com
              Kimberly Brooke Lane    klane@siwpc.com,    ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,mfreeman@siwpc.com,dreynolds@siwpc.com,SIWPC@ecf.courtdrive.com
              Leah Christina Freedman    bankruptcy@bww-law.com,    leah.freedman@bww-law.com
              Michael T Freeman    mfreeman@siwpc.com,    npatel@siwpc.com,razzam@siwpc.com,bkreferrals@siwpc.com,
               siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com
              Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
              Rebecca A. Herr    ecf@ch13md.com
              Sonila Isak Wintz    sonila@isaklaw.com
                                                                                             TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
### For The District of Maryland
at Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:  16−10799    Chapter:  13**

In Re: Debtor :

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

## NOTICE OF RESIGNATION OF STANDING TRUSTEE
## AND APPOINTMENT OF NEW STANDING TRUSTEE

Gerard R. Vetter, the Assistant United States Trustee for Region 4, hereby gives notice that Nancy Spencer Grigsby, Standing Chapter 13 Trustee, has resigned, effective October 1, 2019, as Standing Trustee, and that the United States Trustee has appointed Rebecca Herr as Standing Chapter 13 Trustee in the above−referenced case. **If you have any questions, please contact the Office of Rebecca Herr, Chapter 13 Trustee, at 301−805−4700, or email: bherr@ch13md.com.**

**Effective October 1, 2019, all notices, pleadings, and correspondence should be directed to:**

Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
(301) 805−4700
(301) 805−9577 (fax)
Email: bherr@ch13md.com

**All plan payments should be mailed to:**

Rebecca Herr
Chapter 13 Trustee
PO Box 853
Memphis, TN 38101−0853

Date: 9/28/19

By: */s/ Gerard R. Vetter*
Assistant United States Trustee, Region 4