## UNITED STATES BANKRUPTCY COURT
### District of Maryland (Baltimore)

| | |
|---|---|
| IN RE: | Case No.:    16-10799 |
| Debtors: Cuong Nguyen | Loan Number (Last 4):    3299 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 | Bank of America, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| 3217 S. Decker Lake Dr. | Court Claim # (if known):    8 |
| Salt Lake City, UT 84115 | Amount of Claim:    $8,714.01 |
| | Date Claim Filed:    05/25/2016 |
| | |
| Phone:    866-247-1722 | Last Four Digits of Acct #:    3190 |
| Last Four Digits of Acct #:    3299 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone:    866-247-1722
Last Four Digits of Acct #:    3299

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Betsy Romero | Date: | 11/23/2019 |
| | Bankruptcy | | |
| | (Approved by: Michelle Enoch) | | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

486635-b9974ade-74e8-4eb5-865f-6461864f9738