**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

Case 16-10799    Doc 40-1    Filed 11/24/19    Page 1 of 1