United States Bankruptcy Court
District of Maryland

In re:  
Cuong Nguyen  
    Debtor

Case No. 16-10799-MMH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-1      User: yoliver     Page 1 of 1     Date Rcvd: Nov 25, 2019  
                     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.  
29710628     Bank of America, N.A.,    PO BOX 31785,    Tampa FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2019 at the address(es) listed below:  
       Daniel O. Callaghan    bankruptcy@bww-law.com  
       Kimberly Brooke Lane    kbritt@ecu.org  
       Leah Christina Freedman    bankruptcy@bww-law.com, leah.freedman@bww-law.com  
       Michael T Freeman    mfreeman@siwpc.com, npatel@siwpc.com,bkreferrals@siwpc.com,  
        siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com  
       Rebecca A. Herr    ecf@ch13md.com  
       Sonila Isak Wintz    sonila@isaklaw.com, ecf@isaklaw.com  
                                                                     TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 16-10799
Chapter 13

In re: Debtor(s) (including Name and Address)

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon MD 21009

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim.  A copy of the document received by this Court transferring your claim is included with this Notice.  Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785 | U.S. Bank Trust National Association, as Trustee Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim.  If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   11/27/19

Mark A. Neal
**CLERK OF THE COURT**