**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 16-10799-MMH |
| CUONG NGUYEN | Chapter 13 |
|     Debtor | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO**
**BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Nikita Joshi and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1 c/o Wells Fargo Bank, N.A. ("Creditor"), in the above-captioned case related to the property located at 2627 E Rhododendron Dr, IRTA 2627 E. Rhodendron Dr, Abingdon, MD 21009 and the loan number ending XXXXXX8609 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Nikita Joshi
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

                                          Respectfully Submitted,

Dated: <u>February 25, 2020</u>

                                          /s/ Nikita Joshi
                                          Nikita Joshi, Esq., MD Fed. Bar No. 19720
                                          BWW Law Group, LLC
                                          6003 Executive Blvd, Suite 101
                                          Rockville, MD  20852
                                          301-961-6555
                                          301-961-6545 (facsimile)
                                          bankruptcy@bww-law.com
                                          *Attorney for Creditor*

BWW#: MD-181252

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Sonila Isak Wintz, Esq.

I hereby further certify that on this 25th day of February, 2020, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

Cuong Nguyen
2627 E. Rhodendron Dr
Abingdon, MD 21009

/s/ Nikita Joshi
Nikita Joshi, Esq.

BWW#: MD-181252