# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: § § § § <br> CUONG NGUYEN <br> DEBTOR | CASE NO. 16-10799 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing, LLC as servicing agent for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1, U.S. Bank National Association, as Trustee** | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR1 |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 5-1
Amount of Claim: $549,723.86
Date Claim Filed: 04/18/2016

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8672**

Phone: 800-274-7025
Last Four Digits of Acct.#: 8609

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing, LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx8672**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea      Date: 04/17/2020
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 17, 2020 via electronic notice unless otherwise stated:

**Debtor**　　　　　*Via U.S. Mail*
Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

**Debtors' Attorney**
Sonila Isak Wintz
The Isak Law Firm
306 N Main Street
Bel Air, MD  21014

**Chapter 13 Trustee**
Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, Maryland 21401

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Natalie E. Lea
　　　　　　　　　　　　　　　　　　　　　Natalie E. Lea