```
                        United States Bankruptcy Court
                             District of Maryland
```

In re:                                                         Case No. 16-10799-MMH
Cuong Nguyen                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: cadams          Page 1 of 1           Date Rcvd: Apr 20, 2020
                         Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.
29658937      +U.S. Bank National Association, as Trustee,  C/O Wells Fargo Bank, N.A.,as servicer,    Attn:Bankruptcy Dept./MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
              Kimberly Brooke Lane    kbritt@ecu.org
              Leah Christina Freedman    bankruptcy@bww-law.com, leah.freedman@bww-law.com
              Michael T Freeman    mfreeman@siwpc.com, npatel@siwpc.com,bkreferrals@siwpc.com,
               siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com
              Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
              Rebecca A. Herr    ecf@ch13md.com
              Sonila Isak Wintz    sonila@isaklaw.com, ecf@isaklaw.com
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 16-10799
Chapter 13

In re: Debtor(s) (including Name and Address)

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon MD 21009

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim.  A copy of the document received by this Court transferring your claim is included with this Notice.  Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: U.S. Bank National Association, as Trustee, C/O Wells Fargo Bank, N.A.,as servicer, Attn:Bankruptcy Dept./MAC# D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim.  If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   04/22/20                                      Mark A. Neal
                                                      **CLERK OF THE COURT**