IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>CUONG NGUYEN<br><br>   Debtor | Case No. 16-10799-MMH<br>Chapter 13 |

### NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of U.S.Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8.  Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.
    Federal Bar 15070

### CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of June, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Trustee

Sonila Isak Wintz Esquire

    I hereby further certify that on the 3rd day of June, 2020, a copy of the Notice of Appearance was also mailed first class mail, postage prepaid to:

Cuong Nguyen
2627 E Rhododendron Dr.
Abingdon, MD 21009

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000

FILE NUMBER: 77331

Respectfully Submitted,

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Federal Bar 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 77331