UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

**CUONG NGUYEN**

Case No. **16-10799-MMH**
Chapter 13

Debtor

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

Rebecca A. Herr, Chapter 13 Trustee, advises the Court that the above-captioned Debtor has completed all payments required to be paid to the Trustee under the terms of the confirmed plan.

Respectfully submitted,

Date:  July 20, 2020

**/s/ REBECCA A. HERR**
Chapter 13 Trustee
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
(301) 805-4700
RHERR@CH13MD.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Completion will be served electronically by the Court's CM/ECF system on the following:

Sonila Isak Wintz    sonila@isaklaw.com, ecf@isaklaw.com
(Attorney for Debtor)

I hereby further certify that on the 20th day of July, 2020, a copy of the Notice of Completion was also mailed first class mail, postage prepaid to:

CUONG NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD  21009
*(Debtor)*

**/s/ REBECCA A. HERR**
REBECCA A. HERR