**Fill in this information to identify the case:**

Debtor 1: Cuong Nguyen

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Maryland

Case number: 1610799

## Official Form 410S1
# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1

**Court claim no.** (if known): 5

**Date of payment change:** Must be at least 21 days after date of this notice: 05/01/2019

**New total payment:** Principal, interest, and escrow, if any: $ 3786.77

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 0 9

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 496.60           New escrow payment: $ 516.86

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%           New interest rate: _____%

   Current principal and interest payment: $ _____           New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
   
   Reason for change:

   Current mortgage payment: $ _____           New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Milton Williams
Signature

Date 03/27/2019

Print: WILLIAMS, MILTON
     First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number          Street
1000 Blue Gentian Road
Address 2

Eagan                     MN    55121-7700
City                      State  ZIP Code

Contact phone  800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Chapter 13 No. 1610799
Judge: Michelle M. Harner

In re:

Cuong Nguyen

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 28, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid

Cuong Nguyen
2627 E Rhododendron Dr.

Abingdon MD 21009

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

Sonila Isak
The Isak Law Firm
808 Baltimore Pike, Suite A

Bel Air MD 21014

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid

Nancy Spencer Grigsby
Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis MD 21401

/s/Milton Williams

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

**PERF**

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** March 11, 2019
**Loan number:**
**Property address:**
     2627 E RHODENDRON DR
     ABINGDON MD 21009-1599

CUONG V NGUYEN
2627 E RHODODENDRON DR
ABINGDON MD 21009

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 1, 2019** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$201.06**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

|  | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $3,269.91 | $3,269.91 |
| **Escrow payment** | $496.60 | $516.86 |
| **Total payment amount** | $3,766.51 | $3,786.77 |

**Option 1: No action required**

Starting **May 1, 2019** the new contractual payment amount will be **$3,786.77**.

### Option 2 — Pay the shortage amount of $201.06

|  | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $3,269.91 | $3,269.91 |
| **Escrow payment** | $496.60 | $500.10 |
| **Total payment amount** | $3,766.51 | $3,770.01 |

**Option 2: Pay shortage in full**

Starting **May 1, 2019** the new contractual payment amount will be **$3,770.01**.

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**See Page 2 for additional details.**

---



CUONG V NGUYEN

**Wells Fargo Home Mortgage**
PO Box 105632
Atlanta, GA 30348-5632

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $201.06 to the address that appears on this coupon.

This payment must be received no later than **May 1, 2019**.

708          5 10 02 00347934 00377001 00368040 00020106 7

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $6,035.12. For the coming year, we expect the amount paid from escrow to be $6,001.12.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 09/16 - 08/17 (Actual) | 05/17 - 04/18 (Actual) | 05/18 - 03/19 (Actual) | 05/19 - 04/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,866.42 | $5,889.69 | $6,001.12 | $6,001.12 | ÷ | 12 | = | $500.09 |
| **Property insurance** | $0.00 | $0.00 | $34.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total taxes and insurance** | $5,866.42 | $5,889.69 | $6,035.12 | $6,001.12 | ÷ | 12 | = | $500.10 |
| **Escrow shortage** | $0.00 | $69.47 | $69.45 | $201.06 | ÷ | 12 | = | $16.76** |
| **Total escrow** | $5,866.42 | $5,959.16 | $6,104.57 | $6,202.18 | ÷ | 12 | = | $516.86 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  December, 2019 |   | -$6,084.54 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $6,883.68 |  |
| Minimum balance for the escrow account† | - | $1,000.20 | (Calculated as: $500.10  X 2 months) |
| **Escrow shortage** | = | -$201.06 |  |

‡This adjustment of $6,883.68, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by  2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## PART 3 - Escrow account projections

Escrow account projections from May, 2019 to April, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2019 | | | Starting balance | -$4,084.22 | $3,000.52 |
| May 2019 | $500.10 | $0.00 | | -$3,584.12 | $3,500.62 |
| Jun 2019 | $500.10 | $0.00 | | -$3,084.02 | $4,000.72 |
| Jul 2019 | $500.10 | $2,917.27 | HARFORD COUNTY-2 (W)(S) | -$5,501.19 | $1,583.55 |
| Aug 2019 | $500.10 | $0.00 | | -$5,001.09 | $2,083.65 |
| Sep 2019 | $500.10 | $140.00 | HARFORD COUSER BENEFIT(W | -$4,640.99 | $2,443.75 |
| Oct 2019 | $500.10 | $0.00 | | -$4,140.89 | $2,943.85 |
| Nov 2019 | $500.10 | $0.00 | | -$3,640.79 | $3,443.95 |
| Dec 2019 | $500.10 | $2,943.85 | HARFORD COUNTY-2 (W)(S) | **-$6,084.54** | **$1,000.20** |
| Jan 2020 | $500.10 | $0.00 | | -$5,584.44 | $1,500.30 |
| Feb 2020 | $500.10 | $0.00 | | -$5,084.34 | $2,000.40 |
| Mar 2020 | $500.10 | $0.00 | | -$4,584.24 | $2,500.50 |
| Apr 2020 | $500.10 | $0.00 | | -$4,084.14 | $3,000.60 |
| Totals | $6,001.20 | $6,001.12 | | | |

## PART 4 - Escrow account history

Escrow account activity from May, 2018 to April, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| May 2018 | | | | | | | Starting Balance | -$9,428.44 | $2,944.83 | -$12,373.27 |
| May 2018 | $985.48 | $490.81 | $494.67 | $0.00 | $0.00 | $0.00 | | -$8,442.96 | $3,435.64 | -$11,878.60 |
| Jun 2018 | $492.74 | $490.81 | $1.93 | $0.00 | $0.00 | $0.00 | | -$7,950.22 | $3,926.45 | -$11,876.67 |
| Jul 2018 | $492.74 | $490.81 | $1.93 | $2,917.27 | $2,861.81 | $55.46 | HARFORD COUNTY-2 (W)(S) | -$10,374.75 | $1,555.45 | -$11,930.20 |
| Aug 2018 | $985.48 | $490.81 | $494.67 | $34.00 | $0.00 | $34.00 | AMERICAN SECURITY GROUP | -$9,423.27 | $2,046.26 | -$11,469.53 |
| Sep 2018 | $985.48 | $490.81 | $494.67 | $140.00 | $140.00 | $0.00 | HARFORD COUSER BENEFIT(W | -$8,577.79 | $2,397.07 | -$10,974.86 |
| Oct 2018 | $492.74 | $490.81 | $1.93 | $0.00 | $0.00 | $0.00 | | -$8,085.05 | $2,887.88 | -$10,972.93 |
| Nov 2018 | $492.74 | $490.81 | $1.93 | $0.00 | $0.00 | $0.00 | | -$7,592.31 | $3,378.69 | -$10,971.00 |
| Dec 2018 | $492.74 | $490.81 | $1.93 | $2,943.85 | $2,887.88 | $55.97 | HARFORD COUNTY-2 (W)(S) | -$10,043.42 | $981.62 | -$11,025.04 |
| Jan 2019 | $993.20 | $490.81 | $502.39 | $0.00 | $0.00 | $0.00 | | -$9,050.22 | $1,472.43 | -$10,522.65 |
| Feb 2019 | $993.20 | $490.81 | $502.39 | $0.00 | $0.00 | $0.00 | | -$8,057.02 | $1,963.24 | -$10,020.26 |
| Mar 2019 (estimate) | $3,476.20 | $490.81 | $2,985.39 | $0.00 | $0.00 | $0.00 | | -$4,580.82 | $2,454.05 | -$7,034.87 |
| Apr 2019 (estimate) | $496.60 | $490.81 | $5.79 | $0.00 | $0.00 | $0.00 | | -$4,084.22 | $2,944.86 | -$7,029.08 |
| Totals | $11,379.34 | $5,889.72 | $5,489.62 | $6,035.12 | $5,889.69 | $145.43 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   4/18

Case 16-10799    Doc    Filed 03/27/19    Page 7 of 7