**Fill in this information to identify the case:**

Debtor 1: Cuong Nguyen

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Maryland

Case number: 1610799

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1

**Court claim no.** (if known): 5

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:** Principal, interest, and escrow, if any: $3540.07

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 0 9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** 5.50000%     **New interest rate:** 4.37500%

   **Current principal and interest payment:** $ 3269.91     **New principal and interest payment:** $ 3023.21

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1  Cuong Nguyen
         First Name  Middle Name  Last Name

Case Number (if known) 1610799

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor        Date 12/09/2019
  Signature

Print: TAYLOR,TAVON                      VP Loan Documentation
      First Name  Middle Name  Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number            Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN    55121-7700
         City                     State  ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                page **2**

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Chapter 13   No. 1610799
Judge: Michelle M. Harner

In re:
Cuong Nguyen

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 10, 2019 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Cuong Nguyen
2627 E Rhododendron Dr.

Abingdon MD 21009

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Sonila Isak Wintz
The Isak Law Firm
306 N Main Street

Bel Air MD 21014

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240

Annapolis MD 21401

/s/Tavon Taylor
_____

VP Loan Documentation

Wells Fargo Bank, N.A.

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA 50306



**Account Information**

| | |
|---|---|
| Fax: | (866) 278-1179 |
| Telephone: | (866) 234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | |
| Property Address: | 2627 E Rhodendron Dr |
| | Abingdon MD 21009 |

CUONG V NGUYEN
2627 E RHODODENDRON DR
ABINGDON, MD 21009

November 20, 2019

**Changes to Your Mortgage Interest Rate and Payments on February 1, 2020.**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a twelve month period during which your interest rate stayed the same. That period ends on January 1, 2020, so on that date your interest rate changes. After that, your interest rate may change every twelve months for the rest of your loan term.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **5.50000%** | **4.37500%** |
| Principal | $1,346.66 | $1,503.19 |
| Interest | $1,923.25 | $1,520.02 |
| Escrow | $516.86 | $516.86 |
| **Total Monthly Payment** | **$3,786.77** | **$3,540.07** <br> **(due February 1, 2020)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 1.58000% and your margin is 2.75000%. Your "Weekly Average 1-Year Treasury Constant Maturity" index is published weekly by the Federal Reserve Board.

**Interest Rate Limits:** Your interest rate cannot go higher than 10.87500% during the life of the loan. Your interest rate cannot go lower than 2.75000% during the life of the loan. Your interest rate can increase on this Change Date by no more than 2.00000%. Your interest rate can decrease on this Change Date by no more than 2.00000%.

AR152  708  0268

**Account Information**

**Loan Number:** [redacted]

**Property Address:** 2627 E Rhodendron Dr, Abingdon MD 21009

**Changes to Your Mortgage Interest Rate and Payments on February 1, 2020.**

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the "Weekly Average 1-Year Treasury Constant Maturity" index, your margin, a projected loan balance of $416,918.99, and a remaining loan term of 192 months. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:** None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage